**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

BRIAN HENRY PITTMAN                    CIVIL ACTION

VERSUS                                 NO. 25-2576

WARREN MONTGOMERY, ET AL.              SECTION "G" (2)


**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Re[prt and Recommendation and adopts it as its opinion. Accordingly,

**IT IS HEREBY ORDERED** that Brian Henry Pittman's § 1983 claims against defendants Detective Timothy Crabtree, Special Agent Matthew Vasquez, Detective Brooks McGeever, Judge August J. Hand, Assistant District Attorney John Alford, Assistant District Attorney Jo Halland, Judge Richard Swartz, St. Tammany Parish Coroner Tara Brown, and St. Tammany Parish District Attorney Warren Montgomery are **DISMISSED** with prejudice to their being asserted again if the *Heck* conditions are met.[1]

NEW ORLEANS, LOUISIANA, this ___18th___ day of June, 2026.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] As discussed in the Report and Recommendation, in the event that the *Heck* conditions are met, Plaintiff's claims against Judge August J. Hand, Assistant District Attorney John Alford, Assistant District Attorney Jo Halland, Judge Richard Swartz, and St. Tammany Parish District Attorney Warren Montgomery will be subject to dismissal with prejudice pursuant to 28 U.S.C. § 1915, § 1915(e), § 1915A, and 42 U.S.C. § 1997e as frivolous and otherwise for failure to state a claim for which relief can be granted.